FILED
NOV 16 2022
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY [signature] DEP CLK

United States District Court
Eastern District of North Carolina
Western Division

**Case No.** ______________
(To be filled out by Clerk's Office only)

Anthony L. Harris

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 0957565

# COMPLAINT

(*Pro Se* Prisoner)

-against-

Sgt Cooper, Off Gardner, Officer Wilson, Officer Vargas, Officer Bruno, Officer Corbett, officer Carter Officer Johanson, Officer Beaty, Sgt. Wilson, DHO Mr Harris, Monica Bonds, Lt. McDaniel, ← See Attachment.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Jury Demand?
☑ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Anthony L. Harris
Name

0957565
Prisoner ID #

Granville Correctional Institution
Place of Detention

Po Box 2500
Institutional Address

| Butner | NC | 27509 |
|---|---|---|
| City | State | Zip Code |

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: FNU Cooper
Name

Sergant
Current Job Title

Po Box 2500
Current Work Address

Butner | NC | 27509
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 2: FNU Gardner
Name

Officer
Current Job Title

Po Box 2500
Current Work Address

Butner | NC | 27509
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

**Defendant(s) Continued**

Defendant 3: FNU Wilson
Name

Officer
Current Job Title

Po Box 2500
Current Work Address

Butner NC 27509
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: FNU Vargas
Name

Officer
Current Job Title

Po Box 2500
Current Work Address

Butner NC 27509
City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

- See Attachment

Anthony L. Harris
-Against-

Officer Bryant, Sgt Gillis, Officer Smith, Officer Collins, Sgt Greenwood, Officer Guise, Officer Gills, Office Graham, Officer Dziki, Officer Daye, Officer Durham, Officer Gathers, Officer Rodder, Officer Jackson Officer Worthy, officer Walkins, Officer Mayfeild, Officer Solomon, Assitance Unit Manager Applewhite, Unit Manager Mr Walker, Billy Cooper, Cpt Sanders, Cpt Frank, Lieutenant Powell. Officer Tomlinson, SuperIntentant Johnson

## IV. Defendants Information

| | |
|---|---|
| Defendant 5: FNU Bruno<br>Officer<br>Po Box 2500<br>Butner NC 27509<br>☒ Being sued in Individual and offical Capacity | Defendant 6: FNU Corbett<br>officer<br>Po Box 2500<br>Butner NC 27509<br>☑ Being Sued in Both Individual and offical Capacity. |
| Defendant 7: Officer Carter<br>Officer<br>PO Box 2500<br>Butner NC 27509<br>☑ Being Sued in Individual and offical Capacity | Defendent 8: FNU Johanson<br>officer<br>Po Box 2500<br>Butner Nc 27509<br>☑ Being Sued in their individual & offical capacity |
| Defendant 9: Officer Beaty<br>Officer<br>Po Box 2500<br>Butner NC 27509<br>☑ Being Sued in Individual and offical Capacity | Defendant 10: FNU WILSON<br>Sergant<br>Po Box 2500<br>Butner NC 27509<br>☑ Being Sued in Individual and offical Capacity |

| | |
|---|---|
| DEFENDANT 11: FNU HARRIS<br>DHO<br>PO BOX 2500<br>BUTNER NC 27509<br>☑ Being Sued in individual and offical Capacity | DEFENDANT 12: Monica Boads<br>Disciplinary Appeals<br>DRS ~~PO Box 2500~~<br>~~BUTNER NC 27509~~<br>☑ Being Sued in individual and offical capacity |
| DEFENDANT 13: DANNY MCDANIEL<br>PREA Lieutenant<br>PO Box 2500<br>BUTNER, NC, 27509<br>☑ BEING SUED IN INDIVIDUAL AND OFFICAL CAPACITY | DEFENDANT 14: FNU BRYANT<br>OFFICER<br>PO Box 2500<br>BUTNER NC 27509<br>☑ BEING SUED IN THEIR INDIVIDUAL AND OFFICAL CAPACITY |
| DEFENDANT 15: FNU GILLIS<br>Sergant<br>Po Box 2500<br>Butner NC 27509<br>☑ Being Sued in their individual & offical capacity | DEFENDANT 16: FNU SMITH<br>OFFicer<br>PO Box 2500<br>Butner NC 27509<br>☑ Being sued in their individual & offical capacity |
| DEFENDANT 17: FNU Collins<br>Officer<br>PO Box 2500<br>Butner NC 27509<br>☑ Being Sued in their individual & offical capacity | DEFENDANT 18: FNU GREENWOOD<br>SERGANT<br>PO Box 2500<br>Butner NC 27509<br>☑ Being sued in their individual & offical capacity |
| DEFENDANT 19: FNU GUISE<br>OFFICER<br>PO BOX 2500<br>Butner NC 27509<br>☑ Being Sued in their individual & offical capacity | DEFENDANT 20: FNU GILLS<br>officer<br>PO Box 2500<br>Butner NC 27509<br>☑ Being Sued In their individual & offical capacity |

DEFENDANT 21: FNU GRAHAM
Officer
PO BOX 2500
Butner NC 27509
☑ Being Sued in their individual & offical capacity

DEFENDANT 22: FNU Dziki
Officer
PO Box 2500
Butner NC 27509
☑ Being Sued it their individual & offical Capacity

DEFENDANT 23: FNU DAYE
OFFICER
PO BOX 2500
Butner NC 27509
☑ Being Sued in their individual & offical capacity,

DEFENDANT 24: FNU Durham
officer
PO BOX 2500
Butner NC 27509
☑ Being Sued in Both their individual & offical capacity.

DEFENDANT 25:
FNU RUDDER
OFFicer
PO Box 2500
Butner NC 27509
☑ Both individual & offical capacity

DEFENDANT 26: FNU Jackson
OFFicer
PO Box 2500
Butner NC 27509
☑ Sued Both in Individual & offical Capacity

DEFENDANT 27: FNU WORTHY
OFFICER
PO BOX 2500
BUTNER NC 27509
☑ Sued Both individual & offical capacity

DEFENDANT 28. FNU Gathers
Officer
PO Box 2500
Butner NC 27509
☑ Sued Both ~~and~~ in individual and offical capacity.

DEFENDANT 29: FNU Walkins
Officer
PO Box 2500
Butner NC 27509
☑ Sued Both in individual & offical capacity

DEFENDANT 30: FNU MayFeild
Officer
PO Box 2500
Butner NC 27509
☑ Sued Both in individual & offical capacity.

DEFENDANT 31: FNU Solomon
Officer
Po Box 2500
Butner NC 27509
☑ sued Both in their individual & offical capacity

DEFENDANT 32: FNU APPLEWHITE
~~ASS'T UNIT MANAGER~~/
LIEUTENANT
Po Box 2500
BUTNER NC 27509
☑ sued Both in individual & offical capacity.

DEFENDENT 33: FNU WALKER
UNIT MANAGER
Po BOX 2500
Butner NC 27509
☑ sued Both in their individual & offical capacity

DEFENDENT 34: FNU SANDERS
Captain
Po Box 2500
Butner NC 27509

DEFENDANT 35: Billy Cooper
Super Visor
Po Box 2500
Butner, NC, 27509

DEFENDANT 36: FNU FRINK
Captain
Po Box 2500
Butner, NC, 27509

DEFENDANT 37: FNU TOMHSON
OFFicer IN Mail Room
Po Box 2500
BUTNER NC 27509

DEFENDANT 38: FNU JOHNSON
Super intenant III
Po Box 2500
Butner NC 27509

DEFENDANT 39: FNU POWELL
Lieutenant
Po Box 2500
Butner NC 27509

*

OFFICER Tomlinson and Mr Johnson lost the Plaintiff Anthony L. Harris Magazine publications he ordered, violated the plaintiffs rights ~~constituting~~ "to life liberty & property" under the 5th admendment of the United States constitution.

1. Officer Gardner, Officer Wilson & Officer BRyant destroyed Plaintiff Anthony L. Harris property 10-19-22 (Including religious and legal property) violated the plaintiffs rights to life, liberty & property under the 5th Amenmend of the United States Constitution; And the right to practice Freedom of Religion under the 1st Amendment of the United states Constitution & the right to access the courts under the 1st Amendment of the United States Constitution

2. Officer Wilson, Officer Corbett and Officer Beaty destroyed Anthony L. Harris kufi and watch violating plaintiff Anthony Harris rights to life, liberty & property under the 5th Amenmend of the United states Constitution; and plaintiff my rights to practice freedom of Religion under the 1st Amendment of the United Stated Constitution

3. Sgt Cooper, Officer Bruno, Officer Garner & Mr Walker destroyed Plaintiff Anthony L. Harris property April, 23, 22 violating plaintiff rights to life, liberty & property under the 5th Amendment of the United States constitution

4. Sgt Cooper, Officer Bruno, Officer Johanson & officer Gathers destroyed the Plaintiff Mr. Harris property in May, violated plaintiff right to life, liberty & property under the 5th Amenment of the United States Constitution

5. Officer Corbert, officer Johanson, officer Vargas and Sgt. Cooper attacked the plaintiff Mr. Harris violated the plaintiffs rights constituting cruel & unusual punishment under the 8th Amendment of the United States Constitution.

6. PREA ~~TEAM~~, OFFICER Lt MCDANIEL, AND LIEUTENANT POWELL ~~DIDNT~~ INVESTIGATE PLAINTIFFS PREA ~~COMPLETE~~ CASES VIOLATED "NO DUE PROCESS." & CONTACT LAW UNDER THE 5th Admendment of the United States Constitution

7. Sgt. Greenwood, Sgt Gillis & Unit Manager Mr. Walker destriminated against plaintiff by denieing him access to the law library on his tablet ~~[illegible]~~ without any disciplinary charge or ~~[illegible]~~ being found guilty of a desciplinary. violated plaintiff right constitution "No Due process and right to access the courts under the 5th and 1st Amendments of the United States constitution.

8. Sgt. Wilson, Sgt Wilson, Sgt Greenwood, Officer Carter, Officer Gills, Officer Gruise, Officer Walkins, Officer Smith, Off. Jackson, Off. Gathers, Off. Worthy, Off. Daye, Off. Dziki, Collins Off. Durham, Unit Manager Walker, Sgt. Gillis, Officer Graham, Off. Vargas, Billy Cooper, Off Johanson, Assist Unit Manager Applewhite, Off. Rudder, Off. Gardner & Off Mayfeild denied the plaintiff Anthony L. Harris an mattress on, June 30th, and cloths for (20) deys violated plaintiff right, constituting cruel & unusual punishment under the 8th Amendment of the United States Constitution.

9. Officer Bruno, Officer Carter, Sgt Cooper & Off. Johanson attacked the plaintiff Mr. Harris, April. 23. 22, violated the plaintiffs rights, constitututing cruel and unusual punishment under the 8th Amenment of the United States constitution

Sgt Cooper, Officer Carter & Officer Dziki tampered with & contaminated Mr. Harris food on Oct. 21. 22 violated plaintiffs right, constituting cruel & unusual punishment under the 8th Amenment of the United States Constitution.

10. Sgt. Cooper threaten & harrass the plalutiff Anthony L. Harris violated, constituted to cruel and unusual punishment under the "8th Amenmend" of th U.S constitution

11. Officer Bruno, Officer Worthy, officer Vargas & off. Solomon wrote falsed disciplinary reports, which sgt cooper did not let me sign my rights violated plaintiffs rights, & CONTRACT LAW, constituting "No Due Process" under the 5th Amenment of the United States Constitution.

12. ~~DHO Mr Harris~~, Monica Bonds & Sgt Cooper hasn't let me Anthony Harris sign my rights to any of the Disciplinary reports I received since then, violated plaintiffs right constituted "No Due Process" under the "5th

Case 5:22-ct-03416-FL-RJ Document 1 Filed 11/16/22 Page 10 of 22

Amenment of the United States Constitution.

13. Sgt Coopers Campaign of Harrassment an sexual harrassment listed above and below and within the ~~bounds~~ scope of the discovery violated the plaintiffs Anthony L. Harris rights, constituted "cruel & unusual punishment" under the "8th Amenment" of the United states Constitution.

- Continued

## V. Statement of Claim (Facts)

31. Then took my property For (20) days. When I get my property back they took 30-40 books from me and made me signe a "DC-160" For the books to be sent home but the officers destroyed the publications instead of sending them home.

32. * ITEMS DESTROYED BY OFFICER GATHERS, SGT COOPER, OFF BRUNO & officer Johanson listed below but will be annexed to after Amended.

Accounting, Being a Singer, Seize of Time, How to Draw Hood Art, New Jim Crow

33. This claim is also against Sgt. Coopers Campaign of Harrasment (Including False disciplinary (No Due process), Food Tampering & contamination and property destruction.

34. 12:00 AM, October 21, 2022, Sgt Cooper is boldly on camera crushing my Food (nutural loaf) up with his hands, puting something in the nutural loaf, then mashing the nutural loaf back togather, then walking into observation to my cell to threaten me with pepper-spray, while he trys to Force me to take the nutural loaf From his officer carter & officer Dziki. My hands are up the whole time in the video. He then makes me give him the shirt I was resting my head on (since I didnt have a mattress For over 48 hr.)

35. A Few days later there was a cricket in my, "nutural loaf, which was gave to me by Sgt. Gill ... within the "Discovery"

36 Sgt. Cooper and Officer Vergas have threaten to pioson me with syonide, Sgt. Cooper also said he would make Me his bi**h while saying other sexual inappropiate comments. I have put several greivances and Preas on Sgt. Cooper that have Never been investigated, which will be revealed in Discovery.

37. Sgt. Cooper has had several False displinarys wrote on me by other staff then Sgt. Cooper assignes the investigation to himself. then Sgt. Cooper Never lets me sign my rights or write an statement, neither does the DHO Mr Harris or the Appeals board Monica Bonds.

38. Other False disciplinary reports where wrote 6-29-22, 7-07-22, 10-29-22 by officer Worthy, off Vargas & officer Soloman, which my rights where not allowed or a statement wrote

39. Sgt. Greenwood, Sgt Gillis & Unit Manager Mr Walker destriminated against me, denieing me to access the law library on the tablet, (with "No due process") after they destroyed my law books and legal materail 10-19-22.

40. Sgt. Cooper and Sgt Wilson put me in two different rooms that where also covered in Feces violating my rights constituting cruel & unusual punishment under the 8th Admendment of the United states constitution.

41. Officer Tomhson came to my cell one day and announced to me that she had lost my magazines that I had ordered from the magazine depot and that the supervisor Mr. Johnson would give me a refund, but I never recieved anything after Filed grievance, missives to Mr. Johnson and asking her severed times about the refund. (she said she lost someone else magazines also).

42. Sgt Cooper, Officer Carter and Mr. Walker have made recent threats and tryed to pay and inmate to stab me.

43 Mr. Walker would also hold my legal mail and affidavits 6 months after newly arrived.

TOTAL COMPENSATION - $ 262,796
TOTAL PUNITIVE - $ 100,000

injuries that occured 4-23-22 consistant of nerve damage from cut wrist, swollen head & pain & suffering) in the amount of - $5,000

4. Compensation for injuries (consistant of busted lip shoulder wound, pain & suffering) in the ammount of ~~$5,000~~ - $5,000

5 Compensation for property destroyed 10-19-22 in the amount of $27,292
6. Compensation for property detroyed in Apirl & May in the amount of - $. 145.
7. Compensation for property destroyed on 7-19-22 in the amount of - $ 195.
8 Compensation for property destroyed/Lost by Officer Tomlinson in the amount $ 56
9. Compensation for violating my right to acess the court/throwing away my legal books and Legal documentations on 10-19-22 in the ammount of ~~$102,500~~ - $ 102,500
10 Compensation for violating my Religious Rights Act on 10-19-22 in the ammount - $ 10,000
11 Compensation for violating my Religious Rights on July in the ammount - $ 10,000
12 Compenstion for violating my Legal Rights on, 7-19-22 in the ammount of - $ 10,000
13 Compensation for back pain & suffering after denieing me a mattress to sleep on for 20 days & Nights 6-19-22 in the Amount of - $ 20,000
14. Compensation for destroying documents to (2) pending cases in the Amount of - $ 80,000
15. Compensation for destroying documents to (3) unopen cases, in Amount of - $ 20,000
Punitive Damages - $ 100,000
16 Punitive damages ~~in the amount of~~ for knowingly and willingly violating my religious & legal rights, policies & percedures, assualting me, causeing pain and suffering, campaigns of harrassing me and intentionaly repetitiously destroying my property.
17. The court is free to also grant any other relief it deems.

| DATE | PROPERTY DESTROY | UNITS | PRICE |
|---|---|---|---|
| 10-19-22 | Kufi | 2 | $ 20 |
| | Prayer Rug | | $ 20 |
| | Prayer Beads | | $ 10 |
| | Message of the Quran | | $ 60 |
| | Noble Quran | | $ 20 |
| | 99 names of Allah (Book | | $ 10 |
| | Baigh-Naugh (Islamic Book) | | $ 30 |
| | Muslim Book of Prayers | | $ 10 |
| | King James Study Bible | | $ 30 |
| | Sony Radio | | $ 20 |
| | JVC Headphones | 3 | $ 30 |
| | Muslim Oil | 30 | $ 60 |
| | Magic the gather (cards) | 7 packs | $ 100 |
| | Self Help-Litigation Manual | | $ 100 |
| | PLRA Handbook | | $ 100 |
| | JHL Handbook | | $ 6 |
| | Phat Aff Backshots (mag) | | $ 15 |
| | Butt #10 (Mag) | | $ 14 |
| | Playstation (Mag) | | $ 20 |
| | Business Plan (HB) | | $ 10 |
| | Beat (mag) | | $ 15 |
| | Best of Buttz (mag) | | $ 14 |
| | Curb & Boobs (mag) | | $ 14 |
| | Buttz Backshots (mag) | | $ 14 |
| | Sun Tzu Military Classics of Ancient China | | $ 8 |

11 pg

| DATE | PROPERTY DESTROY | UNITS | PRICE |
|---|---|---|---|
| 10-19-22 | Book of Complete Tai Chi | | $ 20 |
| | Book of Leadership & strategy | | $ 20 |
| | Business Plans | 200 pgs | $ 500 |
| | Artwork | 100 pgs | $ 5000 |
| | Book I wrote | 3 | $ 3000 |
| | Song Lyrics & Poetry | 500 pgs | $ 5000 |
| | Articles | 50 pgs | $ 500 |
| | Certificates For Parole Hearings | | $ 1,000 |
| | Newpapers (with my Art & Article) | | $ 3,000 |
| | Legal Paper work to 3, Unopen Case | | $ 20,000 |
| | South Beach Single catalogs | | $ 100 |
| | South Beach Single magazines | | $ 26 |
| | To Build an Empire | | $ 20 |
| | BBP Newspaper Collection | | $ 20 |
| | To Destrupt, Descredit & Destory the BBP | | $ 20 |
| | Blood in my eye | | $ 20 |
| | MIM STUDY MATERIAL | 50 packages | $ 500 |
| | ULK NESPAPER | 50 | $ 100 |
| | RETAINER ACOUNT RECEIT FOR Books to Inmates | | $ 150 |
| | Retainer Acount Receipt (Inmates Little Helpers) | | $ 108 |
| | Retainer Acount Receit for (South Beach Singles) | | $ 150 |
| | | | |
| 9-19-22 | Legal System | | $ 100 |
| | George Town Law | | $ 45 |
| | Lenin Reader | | $ 15 |

| DATE | PROPERTY DESTROY | UNITS | PRICE |
|---|---|---|---|
| 4-19-22 | CIA Intervention Since 1950 ~~Legal System~~ | | $20 |
| | | | |
| July | Kufi | | $8 |
| ↓ | Watch | | $10 |
| | | | |
| 4-23-22 | Being a Singer | | $20 |
| | Seize of Time | | $20 |
| | Accounting | | $30 |
| | How to draw Hood Art | | $6 |
| | New Jim Crow | | $20 |
| | Kite Dm#2 | | $14 |
| | Go viral | | $15 |
| | XOTI~~Z~~ | | $15 |
| ↓ | STRIPPER LOVE | | $15 |
| | | | |
| APRIL | Go VIRAL – BIG BODY | | $14 |
| | Go VIRAL #2 | | $14 |
| | Go Viral Ebony #2 | | $14 |
| ↓ | Go Viral Ebony #3 | | $14 |
| | | | |
| | | TOTAL | $27,292 |
| | | | |
| 10-19-22 | LEGAL WORK FOR 2 OPEN CASES | | $80,000 |
| 10-19-22 | LEGAL WORK FOR 3 CLOSE CASES | | $20,000 |

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Granville Correctional Institution (HCON) D-109, D-209, B-102

Date(s) of occurrence: 10-19-22, June 30th 22, July 15th 2022, 4-23-22, 6-29-22, 6-30-22 Oct 21, 22. and other dates mentioned below in 2022.

State which of your federal constitutional or federal statutory rights have been violated:

8th Amendment - Cruel & unusual punishment, 5th Amendment - No due process 5th Amendment - right to life liberty property and 1st Amendment - freedom to practice religion - see ATTACHMENT PG 1

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

14. On, 10-19-22 officer Gardner, officer Bryant and officer wilson went into my cell and destroyed my property (including Legal & Religious property, by spraying pepper-spray upon it and feces out of the toilet.

15. Some of the items destroyed are listed below. Other Items may be Amended After "discovery" reveals the DC-160.

16. - ITEMS DESTROYED BY OFFICER GARDNER, OFFICER BRYANT AND OFFICER WILSON: Kufi, (2) Pray Rug, Prayer Beads, Message of the Quran, Noble Quran, Muslim Dua Book, 99 Names of Allah (Book), Baigh-Naugh (Islamic Book), Muslim Book of Prayers & supplements), King James Holy Bible, Sony Radio, 3 pair of JVC headphones, 30 bottles of muslim oil, 120 stamps, 7 packs of "Magic the gathering" Playing Cards, * Self Help Litigation Manual, * PLRA Handbook, JHL Handbook, Phat Puff Buckshots Magazine, Buttz #10, Play Station Magazine, Business Plan (HB), GOAT Magazine, Best of Buttz magazine, Curb & Boots Magazine, Buttz Buckshots, Seven Military Classics of Ancient China, Complete Book of TAI CHI, Book of Leadership & Strategy, over 100 pages of Business Plans, over 100 pages of Artwork I drew, over 500 pages of Song lyrics & poetry, over 50 Articles, certificates I earned For Parole Hearing, 10 Newspapers

What happened to you?

with my Art and Articles, Collectible "Special Edition" NLG/Guild-notes (2019 Fall-winter edition); civil case motion, criminal case motion; hundreds of pages of Legal documents & case work (to "2" open/pending cases (Anthony L. Harris v Ricky Morris ex al & Anthony L. Harris v Mac?ex al) & 3 unopen cases (1 case on destroyed property" mentioned Below), 20 South Beach Single catologs, 2 South Beach Single magazines; To Build an Empire (Book); BBP News Paper Collection (Book); To Destroy, Decredit an destroy the Black Party Party (Book); Blood in my Eye (Book) MIM STUDY MATERIAL; ULK Newspapers; $150 Retainer Acount recit From BBP (Book to Inmates); $108 Acount Retainer receit From Inmates Little Helpers; South Beach Singles $150 Acount Retainer Receit. (These Acount Retainer Receits are important because I got to take them to court to get my money from those companys.) (NOTES: The 2 books wit stars are Law.)

When did it happen to you?

17. On June 30th after being threaten and harrassed by Sgt. Cooper I was placed in full restaints behind my back then I was attacked from behind in a Sally-Port by officer Corbett, Officer Varges and Officer Johanson, I was hit multiple times (5 times by officer Corbett who busted my lip and injured my shoulder (scraping it) when he knocked me into the door frame, then threw me in a cell with no mattress, change of cloths, self-meds (For cancer, exc), Legal Materials, religious items, exc, or anything thing else of property. They where also doing stuff to my food and puting pepper-spray in the nutorial loaf.

Where did it happen to you?

18. Whenever I asked for an mattress Sgt Cooper would have me put in full-restraints for 6 hrs while he goes home. (This was the 2nd time they had denied me a mattress.) I received back pains that want go away.

19. July 15th, 15 days later Sgt Cooper put me in full restraints after having the unit Manager send me an mattress (which had pepper-spray all over it.)

20. Around 4 days later when I did receive my property it was missing the list of items bellow and other items that may

be revealed during Amending after receiveing DC-160 in "Motion of Discovery."

What was your injury?

25. *ITEMS DESTROYED - By SGT COOPER, UNIT MANAGER MR WALKER IN JULY;; * Legal system - Perspective, Policies; Procedures & Politics; * George Town Law Jornal, Lenin Reader, CIA Interventions since 1950 Note: (Legal System & Georgetown Law Jornal are legal Books)

26. (I was denie an mattress by Sgt Cooper, Sgt Wilson, Sgt Greenwood, off Carter, officer Gills, Officer Guise, officer Wilkins, officer Smith, Officer Jackson, officer Gathers, Off. Daye, Off. Durham, Officer Wilson, officer Bryant, officer Worthy, Officer Dziki, Cpt Frank, Cpt Sanders, Officer Garham, Officer Vargas, Officer Johanson, officer Corbett, Officer Rudder, Officer Gardner, Officer Mayfeild, Mr. Walker & Billy Cooper.

27. Later that month, Officer Wilson, Officer Corbett and Officer Beaty took my Kufi and wrist watch in receiveing and refused to ever give it back to me. *ITEMS DESTROYED: Kufi & Watch

28. On April 23, 22 I asked for tissue and was attacked by Sergant Cooper & officer Johanson while officer Carter held the sheild and Officer Bruno watched. Sergant Cooper threw my head into the wall and bend my Finger back with officer Johanson attempting to snap it, (causeing swelling to the Finger, head and (wrist after the Full restraints cut into my wrist For several hrs paralizing me.) nerve damaged wrist

29. Sgt Cooper and Mr Walker then took my magazines on April, 23, 22 claiming the books magazines where suppose to have a "sticker with my name on it (which is impossible and not true) since we ship in with books with out sticker (Nametags) on them, and this prison does not always put (name-tag) stickers on new books/magazine that come in.

30. * ITEMS DESTROYED BY SGT. COOPER, OFF. BRUNO, OFFICER GARNER LISTED BELOW BUT MAY BE EXTENDED AFTER AMENDING: - Kite DM#2, - (2) Go Vizual magazines, - Xotiz (Magazine), - Stripper Love (Magazine)

- SEE ATTACHMENT PG 7

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☑ Yes ☒ No

If no, explain why not:

~~The~~ Several grievance have been filed on the issues in this case. One more grievance is on 2 step (momentary) concerning throwin feces and mace on my property. I ask that this lawsuit be granted to move ahead ~~befor~~ in advance before video Footage (of the officer's in the act) can be destroy. Plaintiff will most diffently exhausted all remedies, by my vows upon the Holy Bible. Anthony L. Harris

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

The plaintiff ask that the courts grant the plaitiff the following injuctions:

1- A Law requirering hand-held cameras, video servailance of body cameras anytime a prisoner is in physical contact with any inmate.

2- Video servailance cameras monitoring the rec cage × dry-cell & medical room where inmates or tortured and beaten while tied to the table in medical.

3. The plaintiff asks for Compensation (For ~~nerve Damages~~ — See Attachment (Pg 9)

+ Injuction - All officals must Follow common law & must not carry out any orders against it (common law).

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☑ Yes ☐ No

If yes, how many? 2

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Anthony L. Harris V. Ricky Morris...etal

Cruel & unusual punishment when plaintiff was beatin and draged to 6 different locations in the building at Pasquotank, substaining several life substaining injuries, no decontamination

Case still pending.

Anthony L. Harris V. Raven Dawn Mac, et al.,

plaintiff was beat twice at Lanesboro on July 4th and not decontaminated

Case still pending

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

11-8-2022
Dated

Anthony L. Harris
Plaintiff's Signature

Anthony Anthony L. Harris
Printed Name

#0957865
Prison Identification #

Po Box 2500 | Butner | NC | 27509
Prison Address | City | State | Zip Code